## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Susan Kay Halbeisen                    CHAPTER 13
              Debtor(s)

                                   BKY. NO. 23-11699 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Aurora Financial Group, Inc and index same on the master mailing list.

Respectfully submitted,

*/s/Michael Farrington*

Michael Farrington
27 Jul 2023, 17:16:49, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322