Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11699-PMM**

Susan Kay Halbeisen  
408 N. 25th. Street  
Reading  PA    19606

Petition Filed Date: 06/08/2023  
341 Hearing Date: 09/26/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $1,609.33 | $0.00 | $0.00 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $5,155.36 | $0.00 | $0.00 |
| 3 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» 003 | Secured Creditors | $278.40 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,550.66 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $6,215.58 | $0.00 | $0.00 |
| 6 | BEST EGG<br>»» 006 | Unsecured Creditors | $6,585.58 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $2,622.44 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $1,805.14 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $1,851.13 | $0.00 | $0.00 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,611.42 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $3,545.11 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11699-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $330.00 |
| Paid to Claims: | $0.00 | Arrearages: | $660.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $19,800.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.