UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Susan Kay Halbeisen | Bankruptcy No.23-11699-PMM |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of November, 2023, by first class mail upon those listed below:

Susan Kay Halbeisen
408 N. 25th. Street
Reading, PA  19606

**Electronically via CM/ECF System Only:**

DAVID W TIDD ESQ
656 EBERSOLE ROAD
READING, PA  19605

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee