# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| SUSAN KAY HALBEISEN, ) | CASE NO.: 23-11699-pmm |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE PATRICIA M. MAYER |
| ) | |
| GREENWAY MORTGAGE FUNDING ) | |
| CORPORATION ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| SUSAN KAY HALBEISEN, DEBTOR, AND ) | |
| SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** William E. Miller, Esq. and Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Greenway Mortgage Funding Corporation and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 28th day of June 2024

Respectfully submitted,

/s/ *William E. Miller*
William E. Miller, Esq.
Pennsylvania Bar #308951
William.Miller@padgettlawgroup.com
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 28th day of June 2024.

*VIA U.S. MAIL*

*DEBTOR*
SUSAN KAY HALBEISEN
408 N. 25TH. STREET
READING, PA 19606

*VIA ELECTRONIC NOTICE*

*DEBTOR'S COUNSEL*
DAVID W. TIDD
DAVID W. TIDD, ESQUIRE
656 EBERSOLE ROAD
READING, PA 19605
BANKRUPTCY@DAVIDTIDDLAW.COM

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ *William E. Miller*
William E. Miller, Esq.
Pennsylvania Bar ##308951
William.Miller@padgettlawgroup.com
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*