| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11699-PMM**

Susan Kay Halbeisen
408 N. 25th. Street
Reading  PA  19606

Petition Filed Date: 06/08/2023
341 Hearing Date: 09/26/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $330.00 | | 09/13/2023 | $330.00 | | 10/02/2023 | $330.00 | |
| 10/12/2023 | $330.00 | | 11/13/2023 | $330.00 | | 12/11/2023 | $330.00 | |
| 01/11/2024 | $330.00 | | 02/13/2024 | $330.00 | | 03/11/2024 | $330.00 | |
| 04/12/2024 | $330.00 | | 05/13/2024 | $330.00 | | 06/11/2024 | $330.00 | |
| 07/12/2024 | $330.00 | | | | | | | |

**Total Receipts for the Period: $4,290.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,620.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $1,609.33 | $0.00 | $0.00 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $5,155.36 | $0.00 | $0.00 |
| 3 | VALON MORTGAGE, INC<br>»» 003 | Secured Creditors | $278.40 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,550.66 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $6,215.58 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $6,585.58 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $2,622.44 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $1,805.14 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $1,851.13 | $0.00 | $0.00 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,513.00 | $0.00 | $3,513.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,611.42 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $3,545.11 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $28,804.68 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $9,254.17 | $0.00 | $0.00 |
| 14 | PSECU<br>»» 014 | Unsecured Creditors | $6,773.47 | $0.00 | $0.00 |

| 15 | DISCOVER BANK<br>»»  015 | Unsecured Creditors | $6,611.77 | $0.00 | $0.00 |
| 16 | CITIBANK NA<br>»»  016 | Unsecured Creditors | $1,082.39 | $0.00 | $0.00 |
| 17 | DIAMOND FEDERAL CREDIT UNION<br>»»  017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | DIAMOND FEDERAL CREDIT UNION<br>»»  018 | Unsecured Creditors | $1,628.93 | $0.00 | $0.00 |
| 19 | DIAMOND FEDERAL CREDIT UNION<br>»»  019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TRUIST BANK<br>»»  020 | Ongoing Mortgage | $8,847.97 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,620.00 | Current Monthly Payment: | $337.00 |
| Paid to Claims: | $0.00 | Arrearages: | $7.00 |
| Paid to Trustee: | $455.40 | Total Plan Base: | $20,129.00 |
| Funds on Hand: | $4,164.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.