**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Susan Kay Halbeisen,** | : | Ch. 13 |
| | : | |
| **Debtor.** | : | 23-11699 |

**CERTIFICATE OF SERVICE**
**OF DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

    I hereby certify that I have this date served a copy of Debtor's First Amended Chapter 13 Plan upon those on the attached list.

Dated: July 31, 2024        /s/  David W. Tidd, Esq.
                                                David W. Tidd, Esquire
                                                Attorney ID 88203
                                                200 Spring Ridge Drive, Suite 100
                                                Wyomissing, PA 19610
                                                Phone:  610-838-8700
                                                Fax:  610-743-8676
                                                Email:  Bankruptcy@DavidTiddLaw.com

```
Label Matrix for local noticing          LVNV Funding, LLC                        Reading
0313-4                                   c/o Resurgent Capital Services           United States Bankruptcy Court
Case 23-11699-pmm                        PO Box 10587                             Office of the Clerk, Gateway Building
Eastern District of Pennsylvania         Greenville, SC 29603-0587                201 Penn Street, 1st Floor
Reading                                                                           Reading, PA 19601-4038
Thu Aug 29 10:09:33 EDT 2024

Aidvantage                               Aurora Financial Group, Inc              Aurora Financial Group, Inc.
Attn: Bankruptcy                         C/O KML Law Group                        C/O Michael Farrington
Po Box 9635                              701 Market Street Suite 5000             701 Market Street, Ste. 5000
Wiles-Barr, PA 18773-9635                Philadelphia, PA. 19106-1541             Philadelphia, PA 19106-1541


Bank of America                          Bank of America, N.A.                    Best Egg
Attn: Bankruptcy                         PO Box 673033                            1523 Concord Pike
4909 Savarese Circle                     Dallas, TX 75267-3033                    Suite 201
Tampa, FL 33634-2413                                                              Wilmington, DE 19803-3656


Capital One                              Capital One N.A.                         (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy                         4515 N Santa Fe Ave                      BANKRUPTCY MAIL INTAKE TEAM
P.O. Box 30285                           Oklahoma City, OK 73118-7901             700 KANSAS LANE FLOOR 01
Salt Lake City, UT 84130-0285                                                     MONROE LA 71203-4774


Citibank                                 Citibank Sears                           Citibank, N.A.
Citicorp Cr Srvs/Centralized Bankruptcy  Citicorp Srvs/Centralized Bankruptcy     5800 S Corporate Pl
P.O. Box 790040                          P.O. Box 790040                          Sioux Falls, SD  57108-5027
St Louis, MO 63179-0040                  St Louis, MO 63179-0040


(p)DIAMOND CREDIT UNION                  Discover Bank                            Discover Financial
ATTN COLLECTIONS DEPARTMENT              Discover Products Inc                    Attn: Bankruptcy
1600 MEDICAL DRIVE                       PO Box 3025                              P.O. Box 3025
POTTSTOWN PA 19464-3242                  New Albany, OH  43054-3025               New Albany, OH 43054-3025


(p)FIRST NATIONAL BANK OF OMAHA          Greenway Mortgage Funding Corporation    Greenway Mortgage Funding Corporation
1620 DODGE ST                            C/O William E. Miller                    Padgett Law Group
STOP CODE 3113                           6267 Old Water Oak Road                  6267 Old Water Oak Road, Suite 203
OMAHA NE 68102-1593                      Suite 203                                Tallahassee, FL 32312-3858
                                         Tallahassee, FL 32312-3858

Greenway Mortgage Funding Corporation    JPMorgan Chase Bank, N.A.                LVNV Funding, LLC
c/o Valon Mortgage Inc.                  s/b/m/t Chase Bank USA, N.A.             Resurgent Capital Services
14647 S. 50th St., ST A150               c/o Robertson, Anschutz, Schneid,        PO Box 10587
Phoenix, AZ 85044                        Crane & Partners, PLLC                   Greenville, SC 29603-0587
                                         6409 Congress Avenue, Suite 100
                                         Boca Raton, FL 33487-2853

P S E C U                                PSECU                                    Resurgent Capital Services as servicing agen
Attention: Bankruptcy                    P.O. BOX 67013                           Resurgent Capital Services
P.O. Box 67013                           HARRISBURG, PA 17106-7013                PO Box 10587
Harrisburg, PA 17106-7013                                                         Greenville, SC 29603-0587


RoundPoint Mortgage Servicing Corporatio (p)ROUNDPOINT MORTGAGE SERVICING CORPORATION  Synchrony Bank/Gap
Attn: Bankruptcy                         446 WRENPLACE ROAD                       Attn: Bankruptcy
Po Box 19409                             FORT MILL SC 29715-0200                  P.O. Box 965060
Charlotte, NC 28219-9409                                                          Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Mail Code 306-40-06-10<br>Richmond, VA 23286-0001 |
| United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 | DAVID W. TIDD<br>David W. Tidd, Esquire<br>200 Spring Ridge Drive<br>Suite 100<br>Wyomissing, PA 19610-3343 |
| (p)SCOTT F WATERMAN CHAPTER 13 TRUSTEE<br>2901 ST LAWRENCE AVE<br>SUITE 100<br>READING PA 19606-2265 | Susan Kay Halbeisen<br>408 N. 25th. Street<br>Reading, PA 19606-1515 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Diamond Credit Union<br>Attn: Bankruptcy<br>1600 Medical Dr<br>Pottstown, PA 19464 | (d)Diamond Credit Union<br>Attn: Bankruptcy<br>1600 Medical Drive<br>Pottstown, PA 19464 |
| FNB Omaha<br>Attn: Bankruptcy<br>P.O. Box 3128<br>Omaha, NE 68103 | (d)First National Bank of Omaha<br>1620 Dodge St Stop Code 3113<br>Omaha, Ne 68197 | RoundPoint Mortgage Servicing LLC<br>446 Wrenplace Road<br>Fort Mill, SC 29715 |
| Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery Street 23rd Floor<br>San Francisco, CA 94111 | SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AURORA FINANCIAL GROUP, INC | (u)Greenway Mortgage Funding Corporation | (d)LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO BOX 10587<br>Greenville, SC 29603-0587 |

End of Label Matrix
Mailable recipients    37
Bypassed recipients     3
Total                  40