United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Susan Kay Halbeisen  
    Debtor

Case No. 23-11699-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: 155 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Kay Halbeisen, 408 N. 25th. Street, Reading, PA 19606-1515 |
| 14803633 | + | Aurora Financial Group, Inc., C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14902501 | + | Greenway Mortgage Funding Corporation, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14902926 | + | Greenway Mortgage Funding Corporation, C/O William E. Miller, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14801168 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 06 2024 00:24:02 | Aidvantage, Attn: Bankruptcy, Po Box 9635, Wiles-Barr, PA 18773-9635 |
| 14803163 | ^ | MEBN | Sep 06 2024 00:05:11 | Aurora Financial Group, Inc, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14801169 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 06 2024 00:15:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14801253 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 06 2024 00:15:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14801170 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 06 2024 00:24:05 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 14801171 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2024 00:24:31 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14802016 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 06 2024 00:23:48 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14801173 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2024 00:25:06 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 14801174 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2024 00:25:01 | Citibank Sears, Citicorp Srvs/Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 14807491 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2024 00:23:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14801175 | | Email/Text: bankruptcy@diamondcu.com | Sep 06 2024 00:15:00 | Diamond Credit Union, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464 |
| 14807236 | | Email/Text: mrdiscen@discover.com | Sep 06 2024 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14801177 | + | Email/Text: mrdiscen@discover.com | Sep 06 2024 00:15:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |

Case 23-11699-pmm    Doc 53    Filed 09/07/24    Entered 09/08/24 00:37:08    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: 155 | Total Noticed: 34 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14801178 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 06 2024 00:15:00 | FNB Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14793862 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 06 2024 00:15:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, Ne 68197 |
| 14900169 | | Email/Text: bankruptcy@valon.com | Sep 06 2024 00:15:00 | Greenway Mortgage Funding Corporation, c/o Valon Mortgage Inc., 14647 S. 50th St., ST A150, Phoenix, AZ 85044 |
| 14801172 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 06 2024 00:24:31 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14796687 | + | Email/Text: RASEBN@raslg.com | Sep 06 2024 00:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14816018 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2024 00:12:07 | LVNV Funding LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14800234 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2024 00:12:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14801179 | + | Email/Text: bankruptcynotices@psecu.com | Sep 06 2024 00:16:00 | P S E C U, Attention: Bankruptcy, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14806800 | + | Email/Text: bankruptcynotices@psecu.com | Sep 06 2024 00:16:00 | PSECU, P.O. BOX 67013, HARRISBURG, PA 17106-7013 |
| 14799504 | | Email/Text: bankruptcy@roundpointmortgage.com | Sep 06 2024 00:15:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14800236 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2024 00:23:48 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14801180 | ^ | MEBN | Sep 06 2024 00:05:05 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 14801181 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2024 00:24:04 | Synchrony Bank/Gap, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14801182 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2024 00:13:11 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14801183 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2024 00:24:24 | Synchrony Bank/Sams Club, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14809975 | + | Email/Text: bankruptcy@bbandt.com | Sep 06 2024 00:15:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Mail Code 306-40-06-10, Richmond, VA 23286-0001 |
| 14801184 | | Email/Text: bknotice@upgrade.com | Sep 06 2024 00:15:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14801176 | *P++ | DIAMOND CREDIT UNION, ATTN COLLECTIONS DEPARTMENT, 1600 MEDICAL DRIVE, POTTSTOWN PA 19464-3242, address filed with court:, Diamond Credit Union, Attn: Bankruptcy, 1600 Medical Drive, Pottstown, PA 19464 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 23-11699-pmm    Doc 53    Filed 09/07/24    Entered 09/08/24 00:37:08    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: 155 | Total Noticed: 34 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:

**Name**            **Email Address**

DAVID W. TIDD
          on behalf of Debtor Susan Kay Halbeisen bankruptcy@davidtiddlaw.com

DENISE ELIZABETH CARLON
          on behalf of Creditor AURORA FINANCIAL GROUP  INC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
          on behalf of Creditor Greenway Mortgage Funding Corporation william.miller@padgettlawgroup.com
          BKECF@padgettlawgroup.com

TOTAL: 5

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|    Susan Kay Halbeisen ) | | Case No. 23−11699−pmm |
| ) | | |
| ) | | |
|    Debtor(s). ) | | Chapter: 13 |
| ) | | |
| ) | | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 5, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court