UNITED STATES BANKRUPTCY COURT

FILED
JUN - 9 2025
TIMOTHY McGRATH, CLERK
BY _____ SM _____ DEP CLERK

In re: Susan Kay Halbeisen

Case No. **23-11699**
Chapter 13

Debtor(s) _____ /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ___    CREDITOR: __X__

Please print the following information:

NAME:    Greenway Mortgage Funding Corporation

OLD MAILING ADDRESS:    c/o Valon Mortgage Inc.

14647 S. 50th St., ST A150

Phoenix, AZ 85044

NEW MAILING ADDRESS:    c/o Valon Mortgage Inc

**P.O. Box 660043**

**Dallas, TX 75266-0043**

DATED: 6/4/25

Signature of Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER:

**All future notices shall be sent to the new mailing address**