| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-11699-PMM**

Susan Kay Halbeisen
408 N. 25th. Street
Reading  PA   19606

Petition Filed Date: 06/08/2023
341 Hearing Date: 09/26/2023
Confirmation Date: 09/05/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $330.00 | | 09/11/2024 | $337.00 | | 10/11/2024 | $337.00 | |
| 11/12/2024 | $337.00 | | 11/19/2024 | $7.00 | | 12/11/2024 | $337.00 | |
| 01/13/2025 | $337.00 | | 02/11/2025 | $337.00 | | 03/11/2025 | $337.00 | |
| 04/11/2025 | $337.00 | | 05/12/2025 | $337.00 | | 06/11/2025 | $337.00 | |
| 07/14/2025 | $337.00 | | | | | | | |

**Total Receipts for the Period: $4,044.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,671.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRST NATIONAL BANK OF OMAHA<br>»» 001 | Unsecured Creditors | $1,609.33 | $70.46 | $1,538.87 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $5,155.36 | $244.64 | $4,910.72 |
| 3 | VALON MORTGAGE INC<br>»» 003 | Mortgage Arrears | $278.40 | $278.40 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,550.66 | $67.90 | $1,482.76 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $6,215.58 | $294.99 | $5,920.59 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $6,585.58 | $312.56 | $6,273.02 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $2,622.44 | $114.84 | $2,507.60 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $1,805.14 | $79.02 | $1,726.12 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $1,851.13 | $81.07 | $1,770.06 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,513.00 | $3,513.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,611.42 | $70.57 | $1,540.85 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $3,545.11 | $155.24 | $3,389.87 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $28,804.68 | $1,367.09 | $27,437.59 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $9,254.17 | $439.21 | $8,814.96 |
| 14 | PSECU<br>»» 014 | Unsecured Creditors | $6,773.47 | $321.51 | $6,451.96 |

Chapter 13 Case No. 23-11699-PMM

| | | | | | |
|---|---|---|---|---|---|
| 15 | DISCOVER BANK<br>»» 015 | Unsecured Creditors | $6,611.77 | $313.80 | $6,297.97 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $1,082.39 | $47.42 | $1,034.97 |
| 17 | DIAMOND FEDERAL CREDIT UNION<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | DIAMOND FEDERAL CREDIT UNION<br>»» 018 | Unsecured Creditors | $1,628.93 | $71.31 | $1,557.62 |
| 19 | DIAMOND FEDERAL CREDIT UNION<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TRUIST BANK<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | AIDVANTAGE on behalf of DEPT OF ED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,671.00 | Current Monthly Payment: | $337.00 |
| Paid to Claims: | $7,843.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $764.40 | Total Plan Base: | $20,129.00 |
| Funds on Hand: | $63.57 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.