Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Susan Kay Halbeisen
408 N. 25th. Street
Reading, PA 19606

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-11699-PMM**

Petition Filed Date: 06/08/2023
341 Hearing Date: 09/26/2023
Confirmation Date: 09/05/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $337.00 | | 09/11/2025 | $337.00 | | 10/16/2025 | $337.00 | |
| 11/12/2025 | $337.00 | | 12/11/2025 | $337.00 | | 01/12/2026 | $337.00 | |
| 02/11/2026 | $337.00 | | 03/11/2026 | $337.00 | | 04/13/2026 | $337.00 | |
| 05/11/2026 | $337.00 | | 06/11/2026 | $337.00 | | 07/15/2026 | $337.00 | |

**Total Receipts for the Period: $4,044.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $12,715.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRST NATIONAL BANK OF OMAHA<br>»» 001 | Unsecured Creditors | $1,609.33 | $139.98 | $1,469.35 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Unsecured Creditors | $5,155.36 | $466.98 | $4,688.38 |
| 3 | VALON MORTGAGE INC<br>»» 003 | Mortgage Arrears | $278.40 | $278.40 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,550.66 | $134.90 | $1,415.76 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $6,215.58 | $563.12 | $5,652.46 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $6,585.58 | $596.62 | $5,988.96 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $2,622.44 | $228.20 | $2,394.24 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $1,805.14 | $157.08 | $1,648.06 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $1,851.13 | $161.07 | $1,690.06 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,513.00 | $3,513.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $1,611.42 | $140.21 | $1,471.21 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $3,545.11 | $308.48 | $3,236.63 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $28,804.68 | $2,609.56 | $26,195.12 |

**Chapter 13 Case No. 23-11699-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $9,254.17 | $838.40 | $8,415.77 |
| 14 | PSECU<br>»» 014 | Unsecured Creditors | $6,773.47 | $613.69 | $6,159.78 |
| 15 | DISCOVER BANK<br>»» 015 | Unsecured Creditors | $6,611.77 | $599.00 | $6,012.77 |
| 16 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 016 | Unsecured Creditors | $1,082.39 | $94.18 | $988.21 |
| 17 | DIAMOND CREDIT UNION<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | DIAMOND CREDIT UNION<br>»» 018 | Unsecured Creditors | $1,628.93 | $141.67 | $1,487.26 |
| 19 | DIAMOND CREDIT UNION<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TRUIST BANK<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | AIDVANTAGE on behalf of DEPT OF ED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,715.00 | Current Monthly Payment: | $337.00 |
| Paid to Claims: | $11,584.54 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,068.39 | Total Plan Base: | $20,129.00 |
| Funds on Hand: | $62.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.